453 F.Supp. 108 (1978)
In re A. H. ROBINS CO., INC., "DALKON SHIELD" IUD PRODUCTS LIABILITY LITIGATION.
No. 211.
Judicial Panel on Multidistrict Litigation.
July 7, 1978.
As Corrected August 16, 1978.
*109 Before JOHN MINOR WISDOM, Chairman, and EDWARD WEINFELD, EDWIN A. ROBSON, JOSEPH S. LORD, III, STANLEY A. WEIGEL, ANDREW A. CAFFREY and ROY W. HARPER[*], Judges of the Panel.

OPINION AND ORDER
PER CURIAM.
The Panel, pursuant to 28 U.S.C. § 1407, previously has transferred several actions in this litigation to the District of Kansas and, with the consent of that court, assigned them to the Honorable Frank G. Theis for coordinated or consolidated pretrial proceedings. In re A. H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation, 438 F.Supp. 942 (Jud.Pan.Mult.Lit. 1977); 419 F.Supp. 710 (J.P.M.L.1976); 406 F.Supp. 540 (Jud.Pan.Mult.Lit.1975). All the actions in this litigation involve claims for injuries allegedly incurred as the result of using the "Dalkon Shield" intrauterine device. Defendant A. H. Robins Co., Inc. (Robins) acquired all rights to the "Dalkon Shield" in June, 1970.
Upon the suggestion of Judge Theis, the Panel issued an order on February 17, 1978, as amended February 22, 1978, to show cause why the actions listed on the following Schedule A[1] should not be remanded to their transferor districts.[2]See Rule 11(c), R.P.J.P.M.L., 65 F.R.D. 253, 261 (1975). Plaintiff in one of the actions makes a qualified objection to remand. Robins does not object to remand but requests that the Panel's order of remand include suggestions to the transferor judges concerning the further conduct of the remanded actions. Lead and liaison counsel for the plaintiffs and one other counsel representing several plaintiffs oppose any qualifications on remand.
We find that remand of the actions on Schedule A is appropriate at this time and, accordingly, we order the actions remanded to their respective transferor courts. We decline to make any suggestions or include any qualifications that could be perceived as attempts to direct the transferor judges or to make any suggestions to them in the discharge of duties and responsibilities committed solely to those judges.
The actions that Judge Theis has recommended for remand are actions that name Robins as the sole defendant. Judge Theis states that while all pretrial proceedings have not been completed in these actions, all pretrial proceedings of a general nature have been concluded. Judge Theis considers remand of these actions appropriate at this time because the objectives of centralized pretrial proceedings under Section 1407 have been achieved, and because completion of the remaining discovery and resolution of the remaining issues can most expeditiously be effectuated by the transferor courts.[3]
Plaintiff in one action supports remand of her action only if the Panel's order of *110 remand expressly requires the transferor courts to allow the parties to continue local discovery. Similarly, Robins also desires that the remand order protect the right of the parties to continue pretrial proceedings. Additionally, Robins requests the Panel to suggest that all transferor courts consider Robins's national trial calendar in setting actions for trial.
In considering remand of actions, the Panel is greatly influenced by the transferee judge's suggestion that remand is appropriate. In re Evergreen Valley Project Litigation, 435 F.Supp. 923, 924 (Jud.Pan. Mult.Lit.1977). When actions are transferred pursuant to Section 1407, it is recognized that in some cases situations exist where the purpose of the statute has been satisfied and areas of discovery remain that more properly can be concluded in the original transferor district. The statute contemplates that the transferee judge will conduct the common pretrial proceedings with respect to the actions and any other pretrial proceedings as the transferee judge considers appropriate. Id. Judge Theis's suggestion that remand of the actions on Schedule A is appropriate is obviously an expression that he perceives his role under Section 1407 to be completed regarding those actions. We adopt his recommendation and order remand of the actions.
The Panel is neither empowered nor inclined to direct, or suggest to, a transferor judge how he or she should conduct further proceedings in actions after remand. The questions regarding continuing pretrial proceedings and trial coordination raised by some parties to this litigation, to the extent not already addressed by the pretrial orders of the transferee court, will be, upon remand, within the province of the respective transferor courts. See generally In re Air Crash Disaster at Greater Cincinnati Airport (Constance, Kentucky) on November 20, 1967, 354 F.Supp. 275 (Jud.Pan. Mult.Lit.1973). See also In re Equity Funding Corporation of America Securities Litigation, 375 F.Supp. 1378, 1384 (Jud.Pan. Mult.Lit.1974); In re Plumbing Fixture Cases, 298 F.Supp. 484, 489 (Jud.Pan.Mult. Lit.1968).
IT IS THEREFORE ORDERED that all actions on the following Schedule A be, and the same hereby are, remanded to the districts from which they were transferred.

 SCHEDULE A
 District of Kansas
Norma Sacks v. A. H. Robins Co. Civil Action
(N.D.Cal., C75-0920-SAW) No. 76-46-C6
Janette Allyn Hawkinson v. A. H. Civil Action
Robins Co. (D.Colorado, 75-W-714) No. 76-82-C6
Mary Ikaza v. A. H. Robins Co. Civil Action
(D.Colorado, 76-W-103) No. 76-121-C6
Marie Meland v. A. H. Robins Co., Civil Action
Inc. (D.Colo., 76-M-1212) No. 77-1089-C6
Rosalyn Fader v. A. H. Robins Co. Civil Action
(D.Conn., H/75-281) No. 76-123-C6
Joan Cart v. A. H. Robins Co. Civil Action
(D.D.C., 77-0533) No. 77-1188-C6
Randy Medoff v. A. H. Robins Co. Civil Action
(D.D.C., 77-0265) No. 77-1136-C6
Patricia Morse v. A. H. Robins Co. Civil Action
(D.D.C., 76-1034) No. 76-363-C6
Lucille Robinson v. A. H. Robins Civil Action
Co. (D.D.C., 76-0097) No. 76-122-C6
Rena Hutcheson v. A. H. Robins Civil Action
Co. (M.D.Fla., 77-0274-Civ-BK) No. 77-1189-C6
Carol Ann McLester v. A. H. Robins Civil Action
Co. (M.D.Fla., 77-294-Civ-J-S) No. 77-1259-C6
Sharyn Frisbie v. A. H. Robins Co. Civil Action
(M.D.Florida, 76-525-Civ-T-H) No. 76-365-C6
Gloria Koenig, et al. v. A. H. Robins Civil Action
Co. (S.D.Florida, 76-1681-Civ-CF) No. 76-479-C6
Shelia Howard v. A. H. Robins Co. Civil Action
(S.D.Fla., 76-1522-Civ-JLK) No. 76-478-C6
Lorraine Schwartz, et al. v. A. H. Civil Action
Robins Co. (S.D.Fla., 77-2036-Civ-WMH) No. 77-1327-C6
Sherrill Marie Little v. A. H. Robins Civil Action
Co., Inc. (N.D.Ga., C74-62-G) No. 75-337-C6
Rebecca S. Hooker v. A. H. Robins Civil Action
Co. (N.D.Ga., C75-26-G) No. 75-339-C6
Phyllis Ann McGregor, et al. v. A. Civil Action
H. Robins Co. (N.D.Ga., C75-1933A) No. 76-50-C6
Wayne Mings, et ux., Brenda Mings Civil Action
v. A. H. Robins Co. (N.D.Ga., C75-2301A) No. 76-345-C6
Madelon Y. Vann, et al. v. A. H. Civil Action
Robins Co. (N.D.Ga., C76-878A) No. 76-303-C6
Emilia N. Kelley v. A. H. Robins Civil Action
Co. (N.D.Ga., C77-530A) No. 76-1191-C6

*111
Linda S. Szot v. A. H. Robins Co. Civil Action
(N.D.Ind., 75-167) No. 76-51-C6
Patricia Elizabeth Junkin v. A. H. Civil Action
Robins Co. (N.D.Iowa, C77-2009) No. 77-1137-C6
Carita M. Curtis, et al. v. A. H. Civil Action
Robins Co. (W.D.Ky., C76-0280-L No. 76-369-C6
(A))
Norma R. and Eric Lee v. A. H. Civil Action
Robins Co. (D.Md., H-76-350) No. 76-170-C6
Sherry S. Atkinson v. A. H. Robins Civil Action
Co. (D.Md., H-77-1213) No. 77-1371-C6
Catherine and Donald Gaffney v. Civil Action
A. H. Robins Co. (D.Md., K-76-313) No. 76-171-C6
Kristine and Pierce Michael v. A. Civil Action
H. Robins Co. (D.Md., H-74-1158) No. 75-319-C6
Theresa Anne Buchanan, et al. v. Civil Action
A. H. Robins Co. (D.Md., H-75-1336) No. 76-84-C6
Jeanne E. Gugino v. A. H. Robins Civil Action
Co. (D.Mass., 77-1877-T) No. 77-1325-C6
Diane R. Plosia v. A. H. Robins Co. Civil Action
(D.Mass., 77-2627-M) No. 76-373-C6
Ellen A. Pollack v. A. H. Robins Civil Action
Co. (D.Mass., 77-1759-T) No. 77-1312-C6
Barbara & John Kelly v. A. H. Civil Action
Robins Co. (D.Mass., 77-1122-S) No. 77-1264-C6
James P. & Mary E. Corcoran v. A. Civil Action
H. Robins Co. (D.Mass., 77-665-T) No. 77-1138-C6
Kathleen A. & Daniel J. Holt v. A. Civil Action
H. Robins Co. (D.Mass., 77-255-S) No. 77-1121-C6
Andrea Bachner v. A. H. Robins Civil Action
Co., Inc. (D.Mass., 76-4304) No. 76-521-C6
Cynthia G. & Charles Griffin v. A. Civil Action
H. Robins Co. (D.Mass., 75-4841-S) No. 76-127-C6
Emily A. Samuels v. A. H. Robins Civil Action
Co. (D.Massachusetts, CA74-5344-S) No. 75-321-C6
Donna M. & Michael A. McCormack Civil Action
v. A. H. Robins Co., Inc. (D.Mass., No. 76-126-C6
75-4242-T)
Susan Johns v. A. H. Robins Co., Civil Action
Inc. (D.Mass., 75-2240-G) No. 76-124-C6
Elaine & David Samick v. A. H. Civil Action
Robins Co., Inc. (D.Mass., 75-2965-G) No. 76-3-C6
Maura Bliven v. A. H. Robins Co., Civil Action
Inc. (D.Mass., 75-0808-S) No. 75-322-C6
Norma & Eric Lee v. A. H. Robins Civil Action
Co., Inc. (D.Mass., 76-891-C) No. 76-222-C6
Mary & Anthony Shimansky v. A. Civil Action
H. Robins Co., Inc. (D.Mass., 76-4303-G) No. 77-1090-C6
Patricia J. and George Motta v. Civil Action
A. H. Robins Co. (D.Mass., CA75-3884-S) No. 76-125-C6
Janet Sheppard, et al. v. A. H. Civil Action
Robins Co. (D.Mass., 76-1187-F) No. 76-269-C6
Gilda Katz, et al. v. A. H. Robins Civil Action
Co. (D.Mass., 75-2964-S) No. 76-64-C6
Carolyn Jones v. A. H. Robins Co., Civil Action
Inc. (E.D.Mo., 76-670C3) No. 76-417-C6
Julia Menapace v. A. H. Robins Co. Civil Action
(W.D.Mo., 77-5026-CV-SW) No. 77-1324-C6
Judith B. and Michael J. McAloon Civil Action
v. A. H. Robins Co. (W.D.Mo., 77-0572-CV-W4) No. 77-1373-C6
Theresa A. and Jack E. Troupe Civil Action
v. A. H. Robins Co. (W.D.Mo., 77-0161-CV-W2) No. 77-1260-C6
Christine Mills v. A. H. Robins Co. Civil Action
(E.D.Mich., 770527) No. 77-1139-C6
Ariste N. and James P. Mimkos Civil Action
v. A. H. Robins Co. (E.D.Mich., No. 75-345-C6
570582)
Deborah Moore v. A. H. Robins Co. Civil Action
(E.D.Mich., 670898) No. 76-524-C6
Margaret A. Talburtt v. A. H. Robins Civil Action
Co. (E.D.Mich., 672385) No. 77-1026-C6
Judith and Sheldon Levin v. A. H. Civil Action
Robins Co. (E.D.Mich., 571853) No. 76-146-C6
Suzanne and Daniel Conley v. A. H. Civil Action
Robins Co. (W.D.Mich., G77-144-CA1) No. 77-1192-C6
Judith K. Miller v. A. H. Robins Civil Action
Co. (D.Minn., 2-76-101) No. 76-227-C6
Caryl A. and Karl R. Darge v. A. Civil Action
H. Robins Co. (D.Minn., 2-76-102) No. 76-228-C6
Karen R. Karschnik v. A. H. Robins Civil Action
Co. (D.Minn., 2-76-103) No. 76-229-C6
Nancy E. and Daune A. Xiatt v. A. Civil Action
H. Robins Co. (D.Minn., 2-76-105) No. 76-231-C6
Joyce K. and Daryl A. Anderson v. Civil Action
A. H. Robins Co. (D.Minn., 2-76-312) No. 76-445-C6
Bonnie Anderson, a/k/a Bonnie Civil Action
Fletcher v. A. H. Robins Co. (D. No. 76-444-C6
Minn., 2-76-311)
Elizabeth C. and John L. Beiswanger Civil Action
v. A. H. Robins Co. (D.Minn., No. 77-1287-C6
2-77-272)
Eugenia K. and Edward C. Brown Civil Action
v. A. H. Robins Co. (D.Minn., 4-76-411) No. 76-481-C6
Pamela J. and John H. Cameron v. Civil Action
A. H. Robins Co. (D.Minn., 3-77-189) No. 77-1207-C6
Nancy J. Chase v. A. H. Robins Co. Civil Action
(D.Minn., 2-77-4) No. 77-1049-C6
Susan E. Czapiewski v. A. H. Robins Civil Action
Co. (D.Minn., 2-77-14) No. 77-1059-C6
Gail Pons and Richard Charles Civil Action
Dodge v. A. H. Robins Co. (D. No. 76-173-C6
Minn., 4-76-81)

*112
Donna J. and Lester R. Drankwalter Civil Action
v. A. H. Robins Co. (D.Minn., No. 77-1290-C6
2-77-275)
Connie C. and Mark A. Enstad v. Civil Action
A. H. Robins Co. (D.Minn., 2-76-310) No. 76-413-C6
Phyllis and Michael Fair v. A. H. Civil Action
Robins Co. (D.Minn., 4-77-162) No. 77-1258-C6
Deloris A. and David M. Fix v. A. Civil Action
H. Robins Co. (D.Minn., 2-77-276) No. 77-1291-C6
Ann L. Long v. A. H. Robins Co. Civil Action
(D.Minn., 2-77-284) No. 77-1299-C6
Joan M. Miller v. A. H. Robins Co. Civil Action
(D.Minn., 2-77-285) No. 77-1300-C6
Christine E. and Thomas K. Morrison Civil Action
v. A. H. Robins Co. (D.Minn., No. 76-505-C6
3-76-401)
Susan E. Ode v. A. H. Robins Co. Civil Action
(D.Minn., 2-77-286) No. 77-1301-C6
Claudia E. and Donald L. Goodrich Civil Action
v. A. H. Robins Co. (D.Minn., 2-76-314) No. 76-447-C6
M. Denise Hatton v. A. H. Robins Civil Action
Co. (D.Minn., 2-77-278) No. 77-1293-C6
Eileen E. and Peter S. Heno v. A. Civil Action
H. Robins Co. (D.Minn., 2-77-279) No. 77-1294-C6
Rochelle and William B. Itman v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-280) No. 77-1295-C6
Teresa G. and Peter A. Ivanca v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-281) No. 77-1296-C6
Margaret A. Johansen v. A. H. Civil Action
Robins Co. (D.Minn., 4-77-278) No. 77-1372-C6
Nora E. and Kenneth J. Jost v. A. Civil Action
H. Robins Co. (D.Minn., 4-77-217) No. 77-1286-C6
Deanna and Neil Kreeck v. A. H. Civil Action
Robins Co. (D.Minn., 2-77-6) No. 77-1051-C6
Darlene R. and Gerald D. Krenzke Civil Action
v. A. H. Robins Co. (D.Minn., 2-76-98) No. 76-224-C6
Margaret L. and Richard C. Litchfield Civil Action
v. A. H. Robins Co. (D.Minn., No. 77-1298-C6
2-77-283)
Renee K. Stoltzman v. A. H. Robins Civil Action
Co. (D.Minn., 2-77-5) No. 77-1050-C6
Arline B. Sweeney v. A. H. Robins Civil Action
Co. (D.Minn., 2-77-8) No. 77-1053-C6
Pamela S. and Richard S. Olek v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-287) No. 77-1302-C6
Mae M. and Gordon R. Panitzke v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-288) No. 77-1303-C6
Wendy J. and Norman E. Peterson Civil Action
v. A. H. Robins Co. (D.Minn., 2-77-15) No. 77-1060-C6
Sandra L. and Allan E. Pint v. A. Civil Action
H. Robins Co. (D.Minn., 4-76-396) No. 76-454-C6
Judith M. and Gary M. Thompson Civil Action
v. A. H. Robins Co. (D.Minn., 2-76-104) No. 76-230-C6
Karen E. and John A. Torgerson v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-292) No. 77-1307-C6
Diane Voeller v. A. H. Robins Co. Civil Action
(D.Minn., 2-77-293) No. 77-1308-C6
Gloria E. and Alan Weinblatt v. A. Civil Action
H. Robins Co. (D.Minn., 2-77-294) No. 77-1309-C6
Barbara J. and Dennis G. Woodward Civil Action
v. A. H. Robins Co. (D.Minn., No. 77-1310-C6
2-77-295)
Cheryl J. and David J. Wozniak v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-296) No. 77-1311-C6
Marilyn M. and Ronald L. Reed v. Civil Action
A. H. Robins Co. (D.Minn., 2-77-289) No. 77-1304-C6
Susan R. and Stephen J. Stedman Civil Action
v. A. H. Robins Co. (D.Minn., 2-77-7) No. 77-1052-C6
Nancy and David Fauquier v. Civil Action
A. H. Robins Co. (D.New Jersey, No. 75-325-C6
CA74-1408)
Alida Naeder v. A. H. Robins Co. Civil Action
(E.D.N.Y., 76C-1818) No. 76-485-C6
Reba Fortenberry v. A. H. Robins Civil Action
Co. (W.D.N.C., SH-C-75-201) No. 76-344-C6
David Joe Fortenberry v. A. H. Civil Action
Robins Co. (W.D.N.C., SH-C-76-153) No. 76-487-C6
Bonnie S. Lazarus v. A. H. Robins Civil Action
Co. (W.D.N.C., C-C-76-99) No. 76-221-C6
Phyllis M. Fowler v. A. H. Robins Civil Action
Co. (D.N.D., A-77-3002) No. 77-1063-C6
Lynn Ellen and Larry Foster Jones Civil Action
v. A. H. Robins Co. (S.D. OH C-3-76-90) No. 76-311-C6
Nora G. Barton v. A. H. Robins Co. Civil Action
(S.D. OH C-2-74-344) No. 76-12-C6
Debra and Allen Nichol v. A. H. Civil Action
Robins Co. (S.D.Ohio, C-2-75-304) No. 75-332-C6
Joan E. Moore v. A. H. Robins Co., Civil Action
Inc. (D.Oregon, 75-836) No. 76-184-C6
Majorie DeBoer v. A. H. Robins Civil Action
Co. (D.Mont., CV77-56-BU) No. 77-1407-C6
Candance West v. A. H. Robins Co. Civil Action
(D.Nebr., 76-0-322) No. 76-455-C6
Patricia W. Kennedy, et al. v. A. Civil Action
H. Robins Co. (D.N.J., 77-0945) No. 77-1268-C6

*113
Lynda Denise and James Sutherland Civil Action
v. A. H. Robins Co. (D.N.J., No. 77-1062-C6
77-0750)
Andrea Lagana, et al. v. A. H. Civil Action
Robins Co. (E.D.N.Y., 75C1413) No. 76-88-C6
Emily Malin, et al. v. A. H. Robins Civil Action
Co. (E.D.N.Y., 76C544) No. 76-457-C6
Elizabeth Parbst, et al. v. A. H. Civil Action
Robins Co. (E.D.N.Y., 75C386) No. 76-68-C6
Laura Reifman, et al. v. A. H. Civil Action
Robins Co. (E.D.N.Y., 75C698) No. 75-327-C6
Janyce H. Wziontka v. A. H. Robins Civil Action
Co. (N.D.N.Y., 76CV345) No. 76-456-C6
Denise Gelberg and Charles Wilson Civil Action
v. A. H. Robins Co. (N.D.N.Y., No. 76-191-C6
76CV111)
Mary L. and Cleveland Brooks v. Civil Action
A. H. Robins Co. (W.D.N.Y., Civ No. 76-190-C6
76-21)
Noreen and Philip Mancini v. A. H. Civil Action
Robins Co. (W.D.N.Y., Civ 76-502) No. 76-519-C6
Mary Ellen Olds v. A. H. Robins Civil Action
Co. (W.D.N.Y., Civ 76-275) No. 76-461-C6
Gaik Sim Taylor v. A. H. Robins Civil Action
Co. (E.D.N.C., 75-23-Civ-3) No. 76-70-C6
Janet H. Faltz v. A. H. Robins Co. Civil Action
(M.D.N.C., C76-85-D) No. 76-147-C6
Alice and Kenneth Dolan v. A. H. Civil Action
Robins Co. (N.D. OH C-75-37) No. 75-330-C6
Joanne and Sheldon J. Donner v. A. Civil Action
H. Robins Co. (N.D. OH C-75-708) No. 76-54-C6
Jovanna Francis, et al. v. A. H. Civil Action
Robins Co. (N.D. OH C-76-21A) No. 76-156-C6
Elizabeth A. Myers v. A. H. Robins Civil Action
Co. (N.D. OH C75-1111) No. 76-91-C6
Carolyn A. and Terry E. Niemann Civil Action
v. A. H. Robins Co. (N.D. OH C-75-1112) No. 76-92-C6
Marcia M. and William R. Fazekas Civil Action
v. A. H. Robins Co. (N.D. OH C75-740) No. 76-53-C6
Patrice and Mark Jones v. A. H. Civil Action
Robins Co. (W.D.Pa., 77-235) No. 77-1194-C6
Valerie A. Steinmetz v. A. H. Robins Civil Action
Co. (D.Or., 76-716) No. 76-133-C6
Melodee A. and Daniel R. Taylor v. Civil Action
A. H. Robins Co. (M.D.Pa., 75-739) No. 76-63-C6
Delight Howard v. A. H. Robins Civil Action
Co. (D.R.I., 77-0187) No. 77-1211-C6
Stella Louise and William G. Jones Civil Action
v. A. H. Robins Co. (E.D. TN 2-75-77) No. 76-137-C6
Rosemary Lane v. A. H. Robins Co. Civil Action
(E.D.Pa., 77-2073) No. 77-1326-C6
Diann and Robert Campbell v. A. Civil Action
H. Robins Co. (E.D.Pa., 77-350) No. 77-1143-C6
Janet Reif, et al. v. A. H. Robins Civil Action
Co. (E.D.Pa., 76-1630) No. 76-301-C6
Margaret Paslee v. A. H. Robins Civil Action
Co. (E.D.Pa., 75-2235) No. 76-134-C6
Sandra Meoli, et al. v. A. H. Robins Civil Action
Co. (E.D.Pa., 74-2889) No. 75-328-C6
Carol Ann Blackwood, et al. v. A. Civil Action
H. Robins Co. (D.Rhode Island, 75-376) No. 76-136-C6
Letty Darlene Bonnette v. A. H. Civil Action
Robins Co. (D.S.Car., 76-478) No. 76-235-C6
Robert H. Garrison, Jr. v. A. H. Civil Action
Robins Co. (D.S.Car., 77-1151) No. 77-1323-C6
Elva and Jason Polk v. A. H. Robins Civil Action
Co. (E.D.Tex., S75-102-CA) No. 76-138-C6
Deborah and Larry Brooks v. A. Civil Action
H. Robins Co. (N.D.Tex., CA-3-77-145-F) No. 77-1124-C6
Wanda Carol Hauk, et vir. v. A. H. Civil Action
Robins Co., Inc. (N.D.Texas, CA3-75-1574-F) No. 76-99-C6
Rosamond Wilhite v. A. H. Robins Civil Action
Co. (W.D.Texas, A-76-Ca-71) No. 76-245-C6
Catherine and Gary Keller v. A. H. Civil Action
Robins Co. (D.Utah, C76-221) No. 76-381-C6
Jean J. & Mufti Akhtar v. A. H. Civil Action
Robins Co. (W.D.Wisc., 77C40) No. 77-1125-C6
Susan Stephens, et al. v. A. H. Civil Action
Robins Co. (D.Minn., 76-205) No. 76-299-C6

NOTES
[*] Judge Harper took no part in the decision of this matter.
[1] The Panel's order to show cause originally included additional actions which have since been terminated in the transferee district. Accordingly, the question of remand concerning these actions is now moot.
[2] Because the Panel anticipated opposition to remand of these actions, a show cause order was issued instead of a conditional remand order. Compare Rule 11(f), R.P.J.P.M.L., 65 F.R.D. 253, 262 (1975) with Rule 10(b), id. at 260.
[3] The matter of further pretrial proceedings in the transferor courts is discussed in Judge Theis's pretrial order dated November 28, 1977.